

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00416-CR

| | | |
|---|---|---|
| Venkata Sanivarapu | § | From County Criminal Court No. 1 |
| | § | of Denton County (CR-2016-05585-A) |
| v. | § | July 26, 2018 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REHEARING

Appellant Venkata Sanivarapu filed a motion for rehearing of our original opinion that issued on March 15, 2018. We deny the motion, withdraw our opinion and judgment dated March 15, 2018, and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier